KEITH BROWN
2324 Old Del Monte Street
Stockton, CA  95206
Tel: 314-330-0153

Pro Se Plaintiff

PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEITH BROWN, | CASE NO.  2:15-CV-00026-JAM-EFB |
|---|---|
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE TIME FOR FILING THE JOINT STATUS REPORT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE |
| v. | |
| ASHTON B. CARTER, et al., | |
| Defendants. | |

The parties, Plaintiff Keith Brown acting pro se, and Defendants Ashton B. Carter and the Department of Defense by and through undersigned counsel, respectfully submit the following.

By order of the Court dated August 1, 2016, a joint status report is currently due on November 16, 2016, and a status conference is set for November 30, 2016, at 10:00 a.m. *See* ECF 21.  On October 26, 2016, the Court held a hearing on Defendants' motion to dismiss and Plaintiff's motion for sanctions, and the matters were submitted.  *See* ECF 37.  Because the scope of the case depends on the Court's ruling on the pending motion to dismiss, Plaintiff and Defendants respectfully suggest that the

current deadline for filing the joint status report and the currently scheduled status conference be continued by three months, or to a date thereafter that is convenient for the Court.

Accordingly, the parties hereby stipulate and respectfully request that the status conference scheduled for November 30, 2016, at 10:00 a.m., be continued to March 1, 2017, or another date thereafter that is convenient for the Court, and that the deadline for the joint status report be continued to a date fourteen days before the status conference.

Dated: November 8, 2016                    Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           Acting United States Attorney

                                       By: Signature on original
                                           PHILIP A. SCARBOROUGH
                                           Assistant United States Attorney

                                           Attorneys for Defendants


Dated: _____, 2016              Signature on original
                                           KEITH BROWN, Pro Se
                                           Plaintiff


### [~~PROPOSED~~] ORDER

The status conference currently scheduled for November 30, 2016, at 10:00 a.m., is continued to March 1, 2017, at 10:00 a.m. in Courtroom 8. The joint status report shall be due fourteen days prior to the status conference.

IT IS SO ORDERED

Dated: November 15, 2016.                  _____
                                           HON. EDMUND F. BRENNAN
                                           CHIEF UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO
CONTINUE JOINT STATUS REPORT AND CASE                2
MANAGEMENT CONFERENCE