McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD BROWN,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES MATTIS, et al.,<br>  Defendants. | CASE NO. 2:15-CV-00026-JAM-EFB<br><br>NOTICE OF SETTLEMENT AND REQUEST FOR STAY AND ORDER |

Pursuant to Local Rule 160, Defendants inform the Court that the parties have reached agreement on the terms of a negotiated resolution to this case. The parties request that the Court enter a stay of all pending deadlines and allow the parties ninety (90) days to prepare a formal settlement agreement and file dispositional documents with the Court pursuant to Local Rule 160(b). A proposed order is included below.

Dated: April 10, 2018              McGREGOR W. SCOTT
                                   United States Attorney

                            By:    */s/ Philip A. Scarborough*
                                   PHILIP A. SCARBOROUGH
                                   Assistant United States Attorney

NOTICE OF SETTLEMENT AND REQUEST FOR STAY AND
[PROPOSED] ORDER

1

**ORDER**

The parties have filed a notice that they have reached agreement on the terms of a negotiated resolution to this litigation. Accordingly, all pending deadlines in this matter are stayed while the parties prepare a formal settlement agreement and dispositional documents. The parties shall file a status report on or before July 9, 2018, if dispositional documents have not been filed by that date.

SO ORDERED.

Dated: _4/11/2018_____    /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE