1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Philip.Scarborough@usdoj.gov

6  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEITH EDWARD BROWN, | CASE NO. 2:15-CV-00026-JAM-EFB PS |
|---|---|
| Plaintiff, | ORDER DISMISSING ALL CLAIMS WITH PREJUDICE |
| v. | |
| JAMES MATTIS, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulated Settlement Agreement (ECF 75-1), all claims asserted in the First Amended Complaint (ECF 16) are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Clerk of the Court is directed to close the matter.

SO ORDERED.

Dated: 5/17/2018

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court
Judge

[PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE          1